FILED '10 JUL 19 13:15 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

| | |
|---|---|
| JANICE CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 08-1418-TC |
| v. ) | |
| ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on June 17, 2010. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Coffins Findings and Recommendation. This case is remanded for further proceedings according to the findings of this court.

DATED this 19th day of July, 2010.

*Michael C. Hogan*
United States District Judge

2   - ORDER